AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CECCHI, CLAIRE C. | US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 10/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US FEDERAL JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Martin Luther King Jr Fed Bldg
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | |
| 2. | 2015 | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great West Financial | 401k loan | K |
| 2. | Citibank | Unsecured credit lines | O |
| 3. | American Express | Credit Card | L |
| 4. | MassMutual | Life Insurance loan | J |
| 5. | Northwestern Life | Life Insurance loan | K |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking accounts | A | Interest | J | T | | | | | |
| 2. Citibank - Checking accounts | A | Interest | J | T | | | | | |
| 3. Northwestern Mutual Ins Cash Value | A | Interest | J | T | | | | | |
| 4. Guardian Whole Life | B | Interest | K | T | | | | | |
| 5. Mass Mutual Whole Life | A | Interest | K | T | | | | | |
| 6. 401(k) #1 - Lines 7-8 (H) | | | | | | | | | |
| 7. - AmericanFunds Inv Fund | A | Dividend | L | T | | | | | |
| 8. - Mainstay Large Cap | A | Dividend | K | T | | | | | |
| 9. SEP #1 (H) | | | | | | | | | |
| 10. - UBS Bank (Cash account) | A | Int./Div. | J | T | | | | | |
| 11. 401(k) #2 - Lines 12-13 (H) | | | | | | | | | |
| 12. - American Century Growth Fund | F | Dividend | N | T | | | | | |
| 13. - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 14. ▓▓▓▓▓▓ | | None | P2 | W | | | | | |
| 15. Mark Pharmaceutical (Unlisted Security) | | None | J | T | | | | | |
| 16. Brokerage #1 - Lines 17-19 (H) | | | | | | | | | |
| 17. - Western Asset Money Mkt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Total Stock Market etf | A | Dividend | | | Sold | 12/22/15 | J | A | |
| 19.   - Prudential Short-term Corp Bond Fund | A | Int./Div. | | | Sold | 12/22/15 | J | A | |
| 20.   Franklin Templeton 529 Age 9-12 | A | Dividend | K | T | Distributed (part) | 07/07/15 | K | B | |
| 21.   Brokerage #2 - Lines 21-385 (H) | | | | | | | | | |
| 22.   - Dreyfus Muni MONEY MARKET | A | Dividend | K | T | | | | | |
| 23.   - VA State Pub Bldg Bond | | None | | | Sold | 01/06/15 | J | A | |
| 24.   - NY State Hwy Auth Bond | | None | | | Sold | 01/06/15 | J | A | |
| 25.   - Hawaii St Ser EH Bond | | None | | | Sold | 01/06/15 | K | A | |
| 26.   - Hamilton County Ohio Bond | | None | | | Sold | 01/06/15 | K | A | |
| 27.   - Ohio State Pub Bond | | None | | | Sold | 01/06/15 | J | A | |
| 28.   - Minnesota St Unref Bond | | None | | | Sold | 01/06/15 | J | A | |
| 29.   - Penn State Bond | | None | | | Sold | 01/06/15 | J | A | |
| 30.   - Massachusetts St Bond | | None | | | Sold | 01/06/15 | J | A | |
| 31.   - Virginia State Pub Bond | | None | | | Sold | 01/06/15 | J | A | |
| 32.   - JEA Fl Elec Rev Bond | | None | | | Sold | 01/06/15 | J | A | |
| 33.   - Moorehead Minn Sch Dist Bond | | None | | | Sold | 01/06/15 | K | A | |
| 34.   - Nevada St Hwy Impt Bond | | None | | | Sold | 01/06/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Total S A Sponsored ADR | | None | | | Sold (part) | 01/06/15 | J | A | |
| 36. | | | | | Sold | 01/13/15 | J | A | |
| 37.  - Core Laboratories | | None | | | Sold (part) | 01/08/15 | J | A | |
| 38. | | | | | Sold (part) | 01/30/15 | J | A | |
| 39. | | | | | Sold | 02/03/15 | J | A | |
| 40.  - Covance Inc | | None | | | Sold (part) | 01/08/15 | J | A | |
| 41. | | | | | Sold | 01/20/15 | J | A | |
| 42.  - Discovery Communications | | None | | | Sold | 01/08/15 | J | A | |
| 43.  - Invesco Developing Markets | A | Dividend | | | Sold (part) | 01/08/15 | J | A | |
| 44. | | | | | Sold (part) | 05/05/15 | J | A | |
| 45. | | | | | Sold | 10/06/15 | K | A | |
| 46.  - General Motors Co | A | Dividend | | | Sold (part) | 01/08/15 | J | A | |
| 47. | | | | | Buy (add'l) | 02/10/15 | J | | |
| 48. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 49. | | | | | Sold (part) | 07/21/15 | J | A | |
| 50. | | | | | Sold (part) | 09/30/15 | J | A | |
| 51. | | | | | Sold | 10/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Gilead Sciences Inc | A | Dividend | | | Sold | 01/08/15 | J | A | |
| 53. | | | | | Sold (part) | 01/12/15 | J | A | |
| 54. | | | | | Sold (part) | 05/15/15 | J | A | |
| 55. | | | | | Sold (part) | 08/28/15 | J | A | |
| 56. | | | | | Sold | 09/10/15 | J | A | |
| 57. - Schlumberger Ltd | A | Dividend | | | Sold (part) | 01/08/15 | J | A | |
| 58. | | | | | Sold (part) | 02/19/15 | J | A | |
| 59. | | | | | Sold (part) | 03/23/15 | J | A | |
| 60. | | | | | Sold (part) | 07/23/15 | J | A | |
| 61. | | | | | Sold (part) | 08/06/15 | J | A | |
| 62. | | | | | Sold | 08/12/15 | J | A | |
| 63. - Wells Fargo Advantage | | None | | | Sold (part) | 01/08/15 | J | A | |
| 64. | | | | | Sold | 02/02/15 | J | A | |
| 65. - Whole Foods Market Inc | A | Dividend | | | Sold | 01/08/15 | J | A | |
| 66. - Cobalt International Energy Inc | | None | | | Buy (add'l) | 01/08/15 | J | | |
| 67. | | | | | Sold | 01/13/15 | J | A | |
| 68. - Comcast Corp | A | Dividend | | | Buy | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/10/15 | J | A | |
| 70.  - Microsoft Corp | A | Dividend | | | Buy | 01/08/15 | J | | |
| 71. | | | | | Sold | 06/30/15 | J | A | |
| 72.  - Reliance Stl & Alum Co | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 73. | | | | | Sold | 01/13/15 | J | A | |
| 74.  - Symantec Corp | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 75. | | | | | Buy (add'l) | 01/21/15 | J | | |
| 76. | | | | | Sold | 03/24/15 | J | A | |
| 77.  - Western UN Co | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 78. | | | | | Sold (part) | 05/05/15 | J | A | |
| 79. | | | | | Sold | 05/12/15 | J | A | |
| 80.  - Aflac Inc | | None | | | Sold | 01/13/15 | J | A | |
| 81.  - Nu Skin Enterprises Inc | | None | | | Sold | 01/13/15 | J | A | |
| 82.  - Discovery Communications | | None | | | Sold (part) | 01/08/15 | J | A | |
| 83. | | | | | Sold (part) | 01/20/15 | J | A | |
| 84. | | | | | Sold (part) | 01/30/15 | J | A | |
| 85. | | | | | Sold | 02/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Corning Inc | | None | | | Sold (part) | 01/08/15 | J | A | |
| 87. | | | | | Sold | 01/21/15 | J | A | |
| 88. - Jacobs Engr Group | A | Dividend | | | Buy | 01/21/15 | J | | |
| 89. | | | | | Sold | 10/06/15 | J | A | |
| 90. - Travelers Cos Inc | | None | | | Sold | 01/21/15 | J | A | |
| 91. | | | | | Sold | 05/05/15 | J | A | |
| 92. - Wells Fargo Advantage | A | Dividend | | | Sold (part) | 02/02/15 | J | | |
| 93. - Fossil Group Inc | | | | | Sold | 01/30/15 | J | A | |
| 94. - Cigna Corp | A | Dividend | | | Buy | 02/10/15 | J | | |
| 95. | | | | | Sold | 05/07/15 | J | A | |
| 96. - Hospira Inc | A | Dividend | | | Sold | 02/10/15 | J | A | |
| 97. - Johnson & Johnson | A | Dividend | | | Buy | 02/10/15 | J | | |
| 98. | | | | | Sold | 08/25/15 | J | A | |
| 99. - Cablevision Sys Corp | A | Dividend | | | Buy | 02/25/15 | J | | |
| 100. | | | | | Sold (part) | 05/05/15 | J | A | |
| 101. | | | | | Sold | 06/30/15 | J | A | |
| 102. - Energizer Hldgs Inc | A | Dividend | | | Sold | 02/25/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Oracle Corp | A | Dividend | | | Sold (part) | 02/25/15 | J | A | |
| 104. | | | | | Sold (part) | 06/10/15 | J | A | |
| 105. | | | | | Sold (part) | 06/30/15 | J | A | |
| 106. | | | | | Sold | 09/15/15 | J | A | |
| 107. - Northrop | A | Dividend | | | Sold (part) | 03/10/15 | J | A | |
| 108. | | | | | Sold (part) | 07/14/15 | J | A | |
| 109. | | | | | Sold | 09/08/15 | J | A | |
| 110. - Time Warner | A | Dividend | | | Buy | 03/24/15 | J | | |
| 111. | | | | | Sold | 08/12/15 | J | A | |
| 112. - Stanley Black & Decker Inc | A | Dividend | | | Sold | 03/31/15 | J | A | |
| 113. - Spirit Aerosystems Hldgs Inc | A | Dividend | | | Sold | 04/07/15 | J | A | |
| 114. - ACE Limited | A | Dividend | | | Buy (add'l) | 05/05/15 | J | | |
| 115. | | | | | Sold | 07/07/15 | J | A | |
| 116. - Microsoft Corp | A | Dividend | | | Sold (part) | 05/05/15 | J | A | |
| 117. | | | | | Sold (part) | 05/12/15 | J | A | |
| 118. | | | | | Sold | 06/23/15 | J | A | |
| 119. - Xerox Corp | A | Dividend | | | Buy (add'l) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 05/19/15 | J | A | |
| 121. - CVS Health Corp | A | Dividend | | | Sold | 05/07/15 | J | A | |
| 122. - Hologic Inc | A | Dividend | | | Sold (part) | 05/05/15 | J | A | |
| 123. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 124. | | | | | Sold (part) | 09/01/15 | J | A | |
| 125. | | | | | Sold (part) | 09/22/15 | J | A | |
| 126. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 127. | | | | | Sold | 11/03/15 | J | A | |
| 128. - AkzoNobel Spon ADR | A | Dividend | J | T | Sold (part) | 08/04/15 | J | A | |
| 129. | | | | | Sold (part) | 08/19/15 | J | A | |
| 130. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 131. | | | | | Sold (part) | 12/07/15 | J | A | |
| 132. - AECOM Com | A | Dividend | J | T | Buy | 04/07/15 | J | | |
| 133. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 134. | | | | | Sold (part) | 12/07/15 | J | A | |
| 135. - AES Corp Com | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 136. | | | | | Sold (part) | 05/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 138. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 139. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 140. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 141.  - Alexion Pharmaceuticals Inc | A | Dividend | J | T | Buy | 05/15/15 | J | | |
| 142. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 143. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 144. | | | | | Sold (part) | 10/06/15 | J | | |
| 145. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 146. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 147.  - Alphabet Inc | A | Dividend | J | T | Sold (part) | 12/07/15 | J | A | |
| 148. | | | | | Sold (part) | 12/07/15 | J | A | |
| 149.  - Amazon Com Inc | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 150. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 151. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 152. | | | | | Sold (part) | 7/28/15 | J | A | |
| 153. | | | | | Sold (part) | 10/6/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/07/15 | J | A | |
| 155. | | | | | Sold (part) | 12/22/15 | J | A | |
| 156.  - American Airlines Group | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 157. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 158. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 159. | | | | | Sold (part) | 12/07/15 | J | A | |
| 160.  - Ameriprise Financial Inc Common Stock | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 161. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 162. | | | | | Sold (part) | 12/07/15 | J | A | |
| 163.  - Amphenol Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 164. | | | | | Sold (part) | 05/05/15 | J | A | |
| 165. | | | | | Sold (part) | 10/06/15 | J | A | |
| 166. | | | | | Sold (part) | 12/07/15 | J | A | |
| 167.  - Ansys Inc Common Stock | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 168. | | | | | Buy (add'l) | 10/6/15 | J | | |
| 169. | | | | | Sold (part) | 12/7/15 | J | A | |
| 170.  - Apple Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 06/17/15 | J | A | |
| 172. | | | | | Buy | 09/01/15 | J | | |
| 173. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 174. | | | | | Sold (part) | 10/06/15 | J | A | |
| 175. | | | | | Sold (part) | 10/06/15 | J | A | |
| 176. | | | | | Sold (part) | 10/12/15 | J | A | |
| 177. | | | | | Sold (part) | 12/07/15 | J | A | |
| 178. | | | | | Sold (part) | 12/07/15 | J | A | |
| 179. | | | | | Sold (part) | 12/08/15 | J | A | |
| 180. - Apache Corp | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 181. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 182. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 183. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 184. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 185. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 186. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 187. - Akamai Technologies Inc | A | Dividend | J | T | Buy | 08/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 189. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 190. | | | | | Sold (part) | 10/06/15 | J | A | |
| 191. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 192. | | | | | Sold (part) | 12/07/15 | J | A | |
| 193.   - Avnet Inc | A | Dividend | | | Sold | 10/14/15 | J | A | |
| 194.   - Baker Hughes Inc | A | Dividend | J | T | Buy (add'l) | 07/07/15 | J | | |
| 195. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 196. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 197.   - Baxalta Inc | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 198. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 199. | | | | | Sold (part) | 12/7/15 | J | A | |
| 200.   - Baxter International Inc | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 201. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 202. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 203. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 204. | | | | | Sold (part) | 12/07/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Bristol Myers Squibb | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 206. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 207. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 208. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 209. | | | | | Sold (part) | 12/07/15 | J | A | |
| 210. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 211.  - Capital One Common Stock | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 212. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 213. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 214. | | | | | Sold (part) | 12/07/15 | J | A | |
| 215.  - Cisco Systems Inc | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 216. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 217. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 218. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 219. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 220. | | | | | Sold (part) | 12/07/15 | J | A | |
| 221.  - Cognizant Technology Solutions | A | Dividend | J | T | Buy | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 01/08/15 | J | A | |
| 223. | | | | | Sold (part) | 05/05/15 | J | A | |
| 224. | | | | | Sold (part) | 10/06/15 | J | A | |
| 225. | | | | | Sold (part) | 12/7/15 | J | A | |
| 226. - Colfax Corp | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 227. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 228. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 229. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 230. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 231. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 232. | | | | | Sold (part) | 10/06/15 | J | A | |
| 233. | | | | | Sold (part) | 11/23/15 | J | A | |
| 234. | | | | | Sold (part) | 12/01/15 | J | A | |
| 235. | | | | | Sold (part) | 12/04/15 | J | A | |
| 236. | | | | | Sold (part) | 12/07/15 | J | A | |
| 237. | | | | | Sold (part) | 12/22/15 | J | A | |
| 238. - Community Health System Common Stock | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 03/10/15 | J | A | |
| 240. | | | | | Sold (part) | 05/05/15 | J | A | |
| 241. | | | | | Sold (part) | 08/04/15 | J | A | |
| 242. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 243. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 244. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 245.  - Costco Wholesale Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 246. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 247.  - Danaher Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 248. | | | | | Sold (part) | 10/06/15 | J | A | |
| 249. | | | | | Sold (part) | 10/12/15 | J | A | |
| 250. | | | | | Sold (part) | 12/07/15 | J | A | |
| 251.  - Davita Healthcare Partners Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 252. | | | | | Sold (part) | 05/15/15 | J | A | |
| 253. | | | | | Sold (part) | 10/06/15 | J | A | |
| 254. | | | | | Sold (part) | 12/07/15 | J | A | |
| 255. | | | | | Sold (part) | 12/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - Discover Financial Svcs Common Stock | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 257. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 258. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 259. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 260. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 261. | | | | | Sold (part) | 12/07/15 | J | A | |
| 262. - Dynegy Inc New Del | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 263. | | | | | Sold (part) | 05/05/15 | J | A | |
| 264. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 265. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 266. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 267. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 268. - Ecolab Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 269. | | | | | Sold (part) | 10/06/15 | J | A | |
| 270. - Ericsson L M Tel Co | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 271. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 272. | | | | | Buy (add'l) | 09/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 274. | | | | | Sold (part) | 12/07/15 | J | A | |
| 275.  - Estee Lauder Companies Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | | |
| 276. | | | | | Sold (part) | 07/23/15 | J | A | |
| 277. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 278. | | | | | Sold (part) | 10/06/15 | J | A | |
| 279. | | | | | Sold (part) | 12/7/15 | J | A | |
| 280.  - Execlon Corp | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 281. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 282. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 283. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 284. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 285. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 286. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 287.  - Express Scripts Hldg Co | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 288. | | | | | Sold (part) | 05/15/15 | J | A | |
| 289. | | | | | Sold (part) | 08/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/06/15 | J | A | |
| 291. | | | | | Sold (part) | 12/07/15 | J | A | |
| 292. | | | | | Sold (part) | 12/22/15 | J | A | |
| 293.  - Facebook Inc | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 294. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 295. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 296. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 297. | | | | | Sold (part) | 10/06/15 | J | A | |
| 298. | | | | | Sold (part) | 12/07/15 | J | A | |
| 299.  - Fastenal Co | A | Dividend | J | T | Sold (part) | 10/06/15 | J | A | |
| 300. | | | | | Sold (part) | 11/02/15 | J | A | |
| 301. | | | | | Sold (part) | 11/03/15 | J | A | |
| 302. | | | | | Sold (part) | 12/07/15 | J | A | |
| 303.  - Fleetcor Technologies Inc | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 304. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 305. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 306. | | | | | Buy (add'l) | 09/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - FMC Technologies Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 308. | | | | | Sold (part) | 02/19/15 | J | A | |
| 309. | | | | | Sold (part) | 05/05/15 | J | A | |
| 310. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 311. | | | | | Sold (part) | 10/06/15 | J | A | |
| 312. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 313.  - GAP Inc | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 314. | | | | | Buy | 05/12/15 | J | | |
| 315. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 316. | | | | | Sold (part) | 12/07/15 | J | A | |
| 317.  - Genpact Ltd | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 318. | | | | | Sold (part) | 05/05/15 | J | A | |
| 319. | | | | | Buy (add'l) | 05/30/15 | J | | |
| 320. | | | | | Sold (part) | 10/06/15 | J | A | |
| 321. | | | | | Sold (part) | 12/07/15 | J | A | |
| 322.  - Genworth Financial Inc Common Stock | A | Dividend | J | T | Buy | 10/06/15 | J | | |
| 323. | | | | | Sold (part) | 12/07/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - GNC Hldgs Inc | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 325. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 326. | | | | | Sold (part) | 07/14/15 | J | A | |
| 327. | | | | | Sold (part) | 09/08/15 | J | A | |
| 328. | | | | | Sold (part) | 12/07/15 | J | A | |
| 329.  - Gulfport Energy Corp | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 330. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 331. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 332. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 333. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 334.  - Halliburton Co | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 335. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 336. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 337.  - Hartford Finl Svcs Group Inc Common Stock | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 338. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 339. | | | | | Sold (part) | 12/07/15 | J | A | |
| 340.  - Honeywell International Inc | A | Dividend | J | T | Buy | 05/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold (part) | 01/08/15 | J | A | |
| 342. | | | | | Sold (part) | 09/08/15 | J | A | |
| 343. - Interpublic Group | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 344. | | | | | Sold (part) | 09/1/15 | J | A | |
| 345. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 346. - Intuitive Surgical Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 347. | | | | | Sold (part) | 6/17/15 | J | A | |
| 348. | | | | | Sold (part) | 12/7/15 | J | A | |
| 349. - JP Morgan Chase & Co Common Stock | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 350. | | | | | Buy (add'l) | 02/10/15 | J | | |
| 351. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 352. - Keycorp New | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 353. - Kroger Co Com | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 354. | | | | | Sold (part) | 02/10/15 | J | A | |
| 355. | | | | | Sold (part) | 02/25/15 | J | A | |
| 356. | | | | | Sold (part) | 03/03/15 | J | A | |
| 357. | | | | | Buy (add'l) | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. - Lear Corp Common Stock | A | Dividend | J | T | Sold (part) | 10/06/15 | J | A | |
| 359. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 360. - Lincoln National | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 361. | | | | | Sold (part) | 12/07/15 | J | A | |
| 362. - Lyondellbasell Industries | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 363. | | | | | Sold (part) | 05/05/15 | J | A | |
| 364. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 365. - Macys Inc | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 366. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 367. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 368. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 369. | | | | | Sold (part) | 12/7/15 | J | A | |
| 370. - Marathon Oil Corp | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 371. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 372. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 373. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 374. | | | | | Buy (add'l) | 12/07/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  - Marathon Pete Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 376. | | | | | Sold (part) | 06/23/15 | J | A | |
| 377. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 378.  - Mead Johnson | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 379. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 380. | | | | | Sold (part) | 10/06/15 | J | A | |
| 381. | | | | | Sold (part) | 12/07/15 | J | A | |
| 382.  - Medtronic Plc | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 383. | | | | | Sold (part) | 05/07/15 | J | A | |
| 384. | | | | | Sold (part) | 06/02/15 | J | A | |
| 385. | | | | | Sold (part) | 08/19/15 | J | A | |
| 386. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 387. | | | | | Sold (part) | 12/07/15 | J | A | |
| 388.  - Merck & Co Inc | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 389. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 390. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 391. | | | | | Buy (add'l) | 09/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 27 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 393. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 394. | | | | | Sold (part) | 12/07/15 | J | A | |
| 395. - Metlife Common Stock | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 396. | | | | | Sold (part) | 12/07/15 | J | A | |
| 397. - Morgan Stanley Common Stock | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 398. | | | | | Sold (part) | 12/7/15 | J | A | |
| 399. - NASDAQ OMX Group Common Stock | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 400. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 401. | | | | | Sold (part) | 12/7/15 | J | A | |
| 402. - National Instrs Corp | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 403. | | | | | Sold (part) | 10/6/15 | J | A | |
| 404. - Netsuite Inc | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 405. | | | | | Sold (part) | 01/08/15 | J | A | |
| 406. | | | | | Sold (part) | 10/06/15 | J | A | |
| 407. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 408. | | | | | Buy (add'l) | 12/22/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Newell Rubbermaid Inc | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 410. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 411. | | | | | Sold (part) | 11/24/15 | J | A | |
| 412. | | | | | Sold (part) | 12/07/15 | J | A | |
| 413. - Nielsen Holdings | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 414. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 415. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 416. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 417. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 418. | | | | | Sold (part) | 12/07/15 | J | A | |
| 419. - Nokia Corp | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 420. - NXP Semiconductors | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 421. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 422. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 423. | | | | | Buy (add'l) | 04/24/15 | J | | |
| 424. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 425. | | | | | Buy (add'l) | 11/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 12/07/15 | J | A | |
| 427. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 428. - Outfront Media Inc (Fomerly CBS Outdoor Amer) | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 429. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 430. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 431. | | | | | Sold (part) | 12/07/15 | J | A | |
| 432. - Pfizer Inc | A | Dividend | J | T | Buy (add'l) | 02/25/15 | J | | |
| 433. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 434. | | | | | Sold (part) | 11/03/15 | J | A | |
| 435. | | | | | Sold (part) | 12/07/15 | J | A | |
| 436. - Prudential Common Stock | A | Dividend | J | T | Buy (add'l) | 10/27/15 | J | | |
| 437. | | | | | Sold (part) | 12/7/15 | J | A | |
| 438. - Qualcomm Inc | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |
| 439. | | | | | Sold (part) | 01/08/15 | J | A | |
| 440. | | | | | Sold (part) | 01/30/15 | J | A | |
| 441. | | | | | Sold (part) | 02/06/15 | J | A | |
| 442. | | | | | Sold (part) | 02/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 444. | | | | | Sold (part) | 03/12/15 | J | A | |
| 445. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 446. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 447. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 448. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 449. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 450. | | | | | Sold (part) | 12/07/15 | J | A | |
| 451. - Quest Diagnostics Inc | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 452. | | | | | Sold (part) | 08/25/15 | J | A | |
| 453. | | | | | Sold (part) | 09/08/15 | J | A | |
| 454. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 455. | | | | | Sold (part) | 12/07/15 | J | A | |
| 456. - Raytheon Co | A | Dividend | J | T | Sold (part) | 10/06/15 | J | A | |
| 457. | | | | | Sold (part) | 10/27/15 | J | A | |
| 458. | | | | | Sold (part) | 12/07/15 | J | A | |
| 459. - Regions Financial Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 12/07/15 | J | A | |
| 461.  - SLM Corp | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 462. | | | | | Sold (part) | 12/07/15 | J | A | |
| 463.  - Salesforce.Com Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 464. | | | | | Sold (part) | 05/05/15 | J | A | |
| 465. | | | | | Sold (part) | 10/06/15 | J | A | |
| 466. | | | | | Sold (part) | 12/07/15 | J | A | |
| 467.  - Schwab Charles Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 468. | | | | | Sold (part) | 04/24/15 | J | A | |
| 469. | | | | | Sold (part) | 05/05/15 | J | A | |
| 470. | | | | | Sold (part) | 06/17/15 | J | A | |
| 471. | | | | | Sold (part) | 09/28/15 | J | A | |
| 472. | | | | | Sold (part) | 10/06/15 | J | A | |
| 473. | | | | | Sold (part) | 11/05/15 | J | A | |
| 474. | | | | | Sold (part) | 11/06/15 | J | A | |
| 475. | | | | | Sold (part) | 12/07/15 | J | A | |
| 476.  - Scripps Networks | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 478. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 479. | | | | | Sold (part) | 12/07/15 | J | A | |
| 480.   - Starbucks Corp | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 481. | | | | | Sold (part) | 05/05/15 | J | A | |
| 482. | | | | | Sold (part) | 10/06/15 | J | A | |
| 483. | | | | | Sold (part) | 10/21/15 | J | A | |
| 484. | | | | | Sold (part) | 11/02/15 | J | A | |
| 485. | | | | | Sold (part) | 12/07/15 | J | A | |
| 486.   - Starwood Ppty TR Inc | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 487. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 488. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 489. | | | | | Sold (part) | 12/07/15 | J | A | |
| 490.   - Stericycle Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 491. | | | | | Sold (part) | 10/06/15 | J | A | |
| 492. | | | | | Sold (part) | 10/12/15 | J | A | |
| 493. | | | | | Buy (add'l) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 495. | | | | | Sold (part) | 12/07/15 | J | A | |
| 496. - Suncor Energy Inc | A | Dividend | J | T | Buy (add'l) | 01/13/15 | J | | |
| 497. | | | | | Sold (part) | 05/05/15 | J | A | |
| 498. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 499. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 500. - Superior Energy Svcs Inc | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 501. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 502. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 503. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 504. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 505. - Telephone & Data Sys Inc | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 506. | | | | | Sold (part) | 05/05/15 | J | A | |
| 507. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 508. | | | | | Sold (part) | 12/07/15 | J | A | |
| 509. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 510. - Teradyne Inc | A | Dividend | J | T | Buy (add'l) | 05/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 512. | | | | | Sold (part) | 12/07/15 | J | A | |
| 513. - Teva Pharmaceutical Inc | A | Dividend | J | T | Sold (part) | 07/07/15 | J | A | |
| 514. | | | | | Sold (part) | 08/04/15 | J | A | |
| 515. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 516. | | | | | Sold (part) | 12/07/15 | J | A | |
| 517. - Tripadvisor Inc | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 518. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 519. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 520. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 521. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 522. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 523. | | | | | Sold (part) | 10/06/15 | J | A | |
| 524. | | | | | Sold (part) | 12/07/15 | J | A | |
| 525. - Tupperware Brands Corp | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 526. | | | | | Sold (part) | 12/07/15 | J | A | |
| 527. - Tyson Foods Inc | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528.  - UGI Corp | A | Dividend | J | T | Buy (add'l) | 05/05/15 | J | | |
| 529. | | | | | Sold (part) | 06/30/15 | J | A | |
| 530. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 531. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 532.  - Under Armour Inc | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 533. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 534. | | | | | Sold (part) | 12/07/15 | J | A | |
| 535.  - United States Cellular Corp | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 536. | | | | | Sold (part) | 10/06/15 | J | A | |
| 537.  - Valero Energy Corp | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 538. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 539. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 540. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 541. | | | | | Sold (part) | 12/07/15 | J | A | |
| 542.  - Verizon Communications Inc | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 543. | | | | | Sold (part) | 05/05/15 | J | A | |
| 544. | | | | | Buy (add'l) | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 10/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 546. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 547. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 548. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 549. | | | | | Sold (part) | 12/07/15 | J | A | |
| 550. - Visa Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 551. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 552. | | | | | Sold (part) | 06/17/15 | J | A | |
| 553. | | | | | Sold (part) | 06/23/15 | J | A | |
| 554. | | | | | Sold (part) | 10/06/15 | J | A | |
| 555. | | | | | Sold (part) | 12/07/15 | J | A | |
| 556. - Wabtec Com | A | Dividend | J | T | Buy | 12/04/15 | J | | |
| 557. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 558. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 559. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 560. - Wells Fargo & Co Common Stock | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 561. | | | | | Sold (part) | 12/07/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 43

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

10/05/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - XL Group Plc | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 563. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 564. | | | | | Sold (part) | 12/07/15 | J | A | |
| 565.  - Zimmer Hldgs Inc | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 566. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 567. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 568. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 569. | | | | | Sold (part) | 12/07/15 | J | A | |
| 570.  - Viacom Inc | A | Dividend | | | Sold (part) | 05/05/15 | J | A | |
| 571. | | | | | Sold (part) | 09/01/15 | J | A | |
| 572. | | | | | Sold (part) | 09/30/15 | J | A | |
| 573. | | | | | Sold (part) | 10/20/15 | J | A | |
| 574. | | | | | Sold | 11/10/15 | J | A | |
| 575.  - Laboratory Corp | A | Dividend | | | Buy | 01/06/15 | J | | |
| 576. | | | | | Sold (part) | 02/25/15 | J | A | |
| 577. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 578. | | | | | Sold (part) | 09/15/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 09/30/15 | J | A | |
| 580. | | | | | Sold | 11/24/15 | J | A | |
| 581. - Artisan International | C | Dividend | M | T | Buy | 01/08/15 | J | | |
| 582. | | | | | Sold (part) | 02/02/15 | K | A | |
| 583. | | | | | Sold (part) | 05/05/15 | J | A | |
| 584. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 585. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 586. - Brown Advisory Small Cap | B | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 587. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 588. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 589. | | | | | Sold (part) | 12/7/15 | J | A | |
| 590. - Doubleline Emerging Markets | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 591. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 592. | | | | | Sold (part) | 12/07/15 | J | A | |
| 593. - Eaton Vance Income Fund | A | Dividend | J | T | Buy | 02/02/15 | J | | |
| 594. | | | | | Buy | 03/27/15 | J | | |
| 595. | | | | | Sold (part) | 05/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 10/06/15 | J | A | |
| 597. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 598.  - Hartford Small Cap Growth | A | Dividend | K | T | Buy | 01/08/15 | J | | |
| 599. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 600. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 601. | | | | | Sold (part) | 12/07/15 | J | A | |
| 602.  - Clearbridge Aggressive Growth | A | Dividend | K | T | Buy | 01/08/15 | J | | |
| 603. | | | | | Sold (part) | 05/05/15 | J | A | |
| 604. | | | | | Sold (part) | 10/06/15 | K | A | |
| 605. | | | | | Sold (part) | 12/07/15 | J | A | |
| 606.  - Western Asset Institutional Tax Free Reserves Mutual Fund | A | Dividend | J | T | Buy (add'l) | 10/06/15 | J | | |
| 607. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 608.  - Lord Abbett Intermediate Tax Free Fund Class I | A | Dividend | M | T | Buy | 01/08/15 | M | | |
| 609. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 610. | | | | | Sold (part) | 10/06/15 | J | A | |
| 611. | | | | | Buy (add'l) | 12/07/15 | K | | |
| 612.  - MFS International Equity Fund Class I | A | Dividend | L | T | Buy (add'l) | 01/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CECCHI, CLAIRE C.     10/05/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 02/02/15 | L | A | |
| 614. | | | | | Sold (part) | 05/05/15 | J | A | |
| 615. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 616. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 617. - T Rowe Price Blue Chip Growth Fund | A | Dividend | M | T | Sold (part) | 01/08/15 | K | B | |
| 618. | | | | | Sold (part) | 05/05/15 | J | A | |
| 619. | | | | | Sold (part) | 10/06/15 | J | A | |
| 620. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 621. - Virtus Emerging Mkts Opportunity Fund Class I | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 622. | | | | | Sold (part) | 05/05/15 | J | A | |
| 623. | | | | | Sold (part) | 10/06/15 | J | A | |
| 624. | | | | | Sold (part) | 12/07/15 | J | A | |
| 625. - Deutsche X-Trackers MSCI EAFE Hedged ETF | A | Dividend | L | T | Buy | 02/02/15 | J | | |
| 626. | | | | | Sold (part) | 05/05/15 | J | A | |
| 627. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 628. - IsharesTR Russell | A | Dividend | K | T | Sold (part) | 01/08/15 | K | A | |
| 629. | | | | | Buy (add'l) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 631. | | | | | Sold (part) | 12/07/15 | J | A | |
| 632.  - Ishares Inc Core MSCI | A | Dividend | K | T | Buy | 10/06/15 | K | | |
| 633. | | | | | Sold (part) | 12/07/15 | J | A | |
| 634. | | | | | | | | | |
| 635. | | | | | | | | | |
| 636. | | | | | | | | | |
| 637. | | | | | | | | | |
| 638. | | | | | | | | | |
| 639. | | | | | | | | | |
| 640. | | | | | | | | | |
| 641. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 38 of 2014 Report listed CBS Outdoor Amers Com, an inquiry was made as to the reason it was not listed in the 2015 report. Please note this company changed their name to Outfront Media Inc and is reported on Part VII, Lines 428-431 of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ CLAIRE C. CECCHI

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544